Judgment — Motion sufficient, for the statute is positive that such information is void and of no effect.

### CASE v. WORTHINGTON, EXECUTRIX OF ELIAS WORTHINGTON.

Where an absolute deed is given of lands, as a security for a debt, a letter under the hand of the grantee, acknowledging said deed to be for security only, is a note in writing, which takes it out of the Statute against Frauds and Perjuries.

PETITION in chancery — Showing that he executed to the said Elias a clear deed of the following piece of land, describes it, to secure the payment of certain executions said Elias held against him; that he had paid up all said executions; and that said Elias agreed to release to him his land, praying for relief, etc.

The respondent objected to any parol evidence being admitted. The petitioner produced a letter under the hand of the said Elias, acknowledging that said deed was given for security of said executions; also produced said executions, and it appeared they were not wholly paid.

The court decreed — That said executrix should release the land, upon the petitioner's paying £86 and the cost, etc.

### PATTEN v. GOODWIN.

Twelve days' notice is to be given to an author of a book, etc. who is complained of for not vending a sufficient number, or for asking an unreasonable price for them.

PATTEN exhibited to the chief judge of the Superior Court, a complaint against said Goodwin, on the day before the sitting of this court, therein alleging that said Goodwin, in whom was the copyright of Webster's Institute of English Grammar, did not supply the public with a sufficient number of said books; and that he sold them at an exorbitant price, etc. contrary to the statute, entitled an act for the encouragement of literature and genius, etc. upon which a citation was granted and served the same day, citing said Goodwin to appear before this court, and answer to said complaint.

Plea in abatement — That there ought to be twelve days' notice.

Judgment — That the plea in abatement is sufficient.